UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| QAISER O. AL SHEBLAWI,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Civil No. C11-0500-JLR-MAT<br><br><br>ORDER FOR EXTENSION OF TIME<br>TO FILE AN ANSWER |

After considering the Defendant's motion for an extension of time to file an Answer and that Plaintiff's Counsel has no objection, it is hereby:

ORDERED that an extension, to and including June 24, 2011, to file Defendant's answer, is Granted.

IT IS SO ORDERED this 24th day of May, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1  ORDER - [2:11-cv-00500-JLR-MAT]

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA, WSB #27609
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-2143
Fax:  (206) 615-2531
terrye.shea@ssa.gov