UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| QAISER O. AL SHEBLAWI,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. C11-0500-JLR-MAT<br><br><br>ORDER FOR EXTENSION OF TIME<br>TO FILE DEFENDANT'S RESPONSE TO<br>PLAINTIFF'S COMPLAINT |

After considering the Defendant's Second Motion for an Extension of Time to File a Response to Plaintiff's Complaint and that Plaintiff's Counsel has no objection, it is hereby:

ORDERED that an extension, to and including August 8, 2011, to file Defendant's Response, is Granted.

IT IS SO ORDERED this 24th day of June, 2011.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA, WSB #27609
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075
Telephone: (206) 615-2143
Fax: (206) 615-2531
terrye.shea@ssa.gov