JAMES L. ROBART
United States District Court Judge

MARY ALICE THEILER
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| QUAISER O. AL SHEBLAWI<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security Administration<br><br>Defendant. | No. C11- 00500-JLR-MAT<br><br><br><br>**AGREED ORDER TO AMEND BRIEFING SCHEDULE** |

**ORDER**

This matter having come on before the undersigned upon a motion by the Plaintiff showing good cause for the request to modify the current briefing schedule by approximately thirty days (30), and the Defendant having agreed to the entry of this Order, it is hereby ORDERED that:

The Briefing Schedule is amended so that the Plaintiff's Opening Brief shall be filed **October 11, 2011**, the time for filing of the Defendant's Response Brief shall be **November 08, 2011**, and the time for the filing of the Plaintiff's Reply Brief

**ORDER CONTINUING BRIEFING SCHEDULE,**
**No. C11- 00500-JLR-MAT– 1**
C:\DOCUME~1\gburnopp\LOCALS~1\Temp\notes08AE2E\ExtensionAgrdOrd.doc

LAW OFFICES
TARUTIS & BARRON, P.S.
NORTHGAGE OFFICE BUILDING
9750 THIRD AVENUE NE, SUITE 375
SEATTLE, WA 98115
PH: 206-223-1515 – FAX: 206-223-1325

1 | shall be **November 22, 2011**.
2 | Dated this 23rd day of August, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

TARUTIS & BARRON, P.S.

s/ Holly A. Kessler
Holly A. Kessler, WSBA No. 39076
Tarutis & Barron, P.S.
9750 Third Avenue NE, Suite 375
Seattle, WA 98115
Telephone: 206-223-1515
Fax: 206-223-1325
E-mail: Holly@TarBarLaw.com
*Of Attorneys for Plaintiff*

Agreed to; Notice of Presentation Waived:

JEFFREY C. SULLIVAN
United States Attorney

s/ Terrye E. Shea
Terrye E. Shea, WSBA No. 27609
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA 98104-7075
Telephone: (206) 615-2143
Fax: (206) 615-2531
Email: terrye.shea@ssa.gov

**ORDER CONTINUING BRIEFING SCHEDULE,
No. C11- 00500-JLR-MAT– 2**
C:\DOCUME~1\gburnopp\LOCALS~1\Temp\notes08AE2E\ExtensionAgrdOrd.doc

LAW OFFICES
TARUTIS & BARRON, P.S.
NORTHGAGE OFFICE BUILDING
9750 THIRD AVENUE NE, SUITE 375
SEATTLE, WA 98115
PH: 206-223-1515 – FAX: 206-223-1325