UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| QAISER O. AL SHEBLAWI, | Civil No. C11-0500-JLR-MAT |
|---|---|
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including December 8, 2011, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including January 5, 2012, to file a reply brief.

**Absent extraordinary circumstances, no further extensions will be granted.**

DATED this 9th day of November, 2011.

Mary Alice Theiler
United States Magistrate Judge

Page 1    ORDER – [C11-0500-JLR-MAT]

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2143
Fax: (206) 615-2531
terrye.shea@ssa.gov