UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

QAISER O. AL SHEBLAWI,　　　　　　　)
　　　　　　　　　　　　　　　　　　) CASE NO. C11-0500-JLR
　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　) REPORT AND RECOMMENDATION
MICHAEL ASTRUE,　　　　　　　　　)
Commissioner of Social Security,　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　)
_____)

Plaintiff brought this action to seek judicial review of the denial of his application for Supplemental Security Income by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 26.)

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) conduct a *de novo* hearing, further develop the record, and issue a new decision; (2) update the medical evidence record, including any medical records concerning plaintiff's mental impairment and further

REPORT AND RECOMMENDATION
PAGE -1

evaluate the plaintiff's mental impairments pursuant to 20 C.F.R. § 416.920a; (3) further evaluate the opinion of Shoshanna Press, M.D.; in particular, the ALJ must provide specific, legitimate reasons for rejecting opinion evidence from a treating or examining source; (4) obtain a psychological consultative examination with testing and a consultative physical examination with medical source statements regarding plaintiff's remaining capacities; and (5) the ALJ should, if possible, attempt contact with plaintiff's treating physicians for medical source statements. Also, upon proper application, the Court will consider an award of reasonable attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Given the above, the Court recommends that United States District Judge James L. Robart immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 9th day of December, 2011.

Mary Alice Theiler
United States Magistrate Judge