FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 12 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

11-CV-00500-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

QAISER O. AL SHEBLAWI, )
) CASE NO. C11-0500-JLR
Plaintiff, )
)
v. )
) ORDER OF REMAND
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
Defendant. )
_____ )

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. 26.) It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 12th day of December, 2011.

JAMES L. ROBART
United States District Judge

ORDER OF REMAND
PAGE -1